JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808)377-6778
Email: justinbrackettlaw@gmail.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA TAEPAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>MEDCAH, INC.<br><br>   Defendant. | CASE NO. 1:17-CV-00553-ACK-RLP<br><br>ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE |

## ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear its own attorney's fees and costs. The entire action including all claims between and among the parties, however denominated, and all parties are dismissed with prejudice by this stipulation. There are no remaining parties, claims and/or issues.

1

Respectfully submitted this 9th day of April, 2019

Attorney for Plaintiff:
Linda Taepan

*s/* Justin A. Brackett
Justin A. Brackett

Attorney for Defendant:
Medcah Inc.

*s/* David J. Minkin
David J. Minkin
Jordan K. Inafuku
Miyoko T. Pettit-Toledo
McCorriston Miller Mukai MacKinnon LLP

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, April 9, 2019.

Alan C. Kay
Sr. United States District Judge

Taepan v. Medcah, Inc., Civ. No. 17-00553 ACK-RLP, Order and Stipulation of Dismissal with Prejudice

2